IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**MOHAMED ZITUN,**

    **Plaintiff,**

  **v.**                                        **CIVIL NO. 1:24-CV-105**
                                                         **(KLEEH)**

**ANTONY J. BLINKEN et al.,**

    **Defendants.**

## ORDER

Pending is the parties' *Joint Motion to Stay Proceedings* [ECF No. 15]. For good cause, the motion is **GRANTED**. This action is **STAYED** until further notice.

The parties are **DIRECTED** to file a stipulation of dismissal or a status update on or before **June 3, 2025**.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this order to counsel of record.

DATED: April 7, 2025

                                                       /s/ Thomas S. Kleeh
                                                       THOMAS S. KLEEH, CHIEF JUDGE
                                                       NORTHERN DISTRICT OF WEST VIRGINIA